UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD MICHAEL ANTHONY LEE,
    Petitioner,

vs.                                               Case No.:  3:20cv5702/LAC/EMT

MARK INCH,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 17, 2021 (ECF No. 26).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections (ECF No 29).

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

2.    The Second Amended Petition (ECF No. 21) is **DISMISSED for lack of jurisdiction**, pursuant to 28 U.S.C. § 2244(b).

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 27th day of April, 2021.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**